UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BERJ HOVSEPIAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:16-CV-414-CEJ |
| THE ADEL WIGGINS GROUP, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the motion for voluntary dismissal, without prejudice, of plaintiff's claims against defendant FMC Corporation, and FMC Corporation's crossclaims against all other defendants. No defendant has objected to the dismissal of FMC Corporation's crossclaims without prejudice.

Dismissal of the claim and crossclaims is permissible under Rule 41(a)(1). However, FMC Corporation states that it and plaintiff also stipulate that "all current and future crossclaims against FMC Corporation" be dismissed without prejudice. There is no evidence that the cross-defendants have consented to the dismissal of their claims against FMC Corporation.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for voluntary dismissal [#296] is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that the Clerk shall make an entry in the docket record reflecting the dismissal of plaintiff's claims against defendant FMC Corporation without prejudice and reflecting the dismissal of the crossclaims of

defendant FMC Corporation against all other defendants without prejudice. All crossclaims against defendant FMC Corporation remain pending.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of November, 2016.